IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER DIAWARA** *et al.*, | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES** *et al.*, | : | No. 18-3520 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 2nd day of April, 2019, upon consideration of the defendants' Partial Motion to Dismiss (Doc. No. 5), the plaintiffs' response thereto (Doc. No. 6), and the defendants' reply (Doc. No. 7), and following an oral argument on January 18, 2019, **it is ORDERED** that the Motion (Doc. No. 5) is **GRANTED** as follows:

1. Defendant Amanda Galbreath and all claims against her are **DISMISSED WITH PREJUDICE**;

2. Plaintiff Alpha Diawara's loss of consortium claim is **DISMISSED WITH PREJUDICE**; and

3. The plaintiffs' demand for a jury trial is **STRICKEN**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE