# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER DIAWARA** *et al.*, *Plaintiffs* | : : : | **CIVIL ACTION** |
| v. | : : : | |
| **UNITED STATES** *et al.*, *Defendant* | : : | **No. 18-3520** |

## ORDER

**AND NOW**, this 9th day of March, 2020, upon consideration of Plaintiffs' Motion for Leave to Amend the Ad Damnum Clause of Standard Form 95 (Doc. No. 23), Plaintiffs' Supplemental/Amended Motion for Leave to Amend the Ad Damnum Clause of Standard Form 95 (Doc. No. 25), Defendant United States' response thereto (Doc. No. 27), Plaintiffs' reply (Doc. No. 28), the United States' sur-reply (Doc. No. 31), the United States' Motion *in Limine* to Exclude, in Part, the Testimony and Report of Dr. Bruce Grossinger (Doc. No. 30), Plaintiffs' response thereto (Doc. No. 34), the United States' reply (Doc. No. 36), Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 32), the United States' response thereto (Doc. No. 37), Plaintiffs' reply (Doc No. 38), the United States' sur-reply (Doc. No. 39), and oral argument held on January 17, 2020, it is **ORDERED**, as outlined in the Court's accompanying Memorandum, that:

1. Plaintiffs' Motion and Supplemental/Amended Motion for Leave to Amend the Ad Damnum Clause of Standard Form 95 (Doc. Nos. 23, 25) are **GRANTED**;

2. The United States' Motion *in Limine* to Exclude, in Part, the Testimony and Report of Dr. Bruce Grossinger (Doc. No. 30) is **GRANTED**; and

1

3. Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 32) is **GRANTED IN PART and DEEMED MOOT IN PART**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**