IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER DIAWARA** *et al.*, | : | |
| *Plaintiffs* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **UNITED STATES** *et al.*, | : | **No. 18-3520** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 22nd day of October, 2020, upon consideration of the parties' motions *in limine* (Doc. Nos. 54, 57) and the parties' responses thereto (Doc. Nos. 58-59, 61, 63) it is hereby **ORDERED** that:

1. Plaintiffs' Motion *in Limine* No. 1 is **DENIED**.

2. Plaintiffs' Motion *in Limine* No. 2 is **DENIED**.

3. Plaintiffs' Motion *in Limine* No. 3 is **DENIED**.

4. The Government's Motion *in Limine* No. 1 is **DENIED**.

5. The Government's Motion *in Limine* No. 2 is **DENIED**.

6. The Government's Motion *in Limine* No. 3 is deemed **MOOT**.

7. The Government's Motion *in Limine* No. 4 is **DENIED**.

8. The Government's Motion *in Limine* No. 5 is **DENIED**.

9. The Government's Motion *in Limine* No. 6 is **GRANTED IN PART** as explained in the Memorandum accompanying this Order.

10. The Government's Motion *in Limine* No. 7 is deemed **MOOT**.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**