IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER DIAWARA** *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **UNITED STATES** *et al.*, | : | No. 18-3520 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 13th day of August, 2021, following a non-jury trial from March 8, 2021 through March 17, 2021, and upon consideration of the parties' proposed findings of fact and conclusions of law (Doc. Nos. 98 & 99), it is **ORDERED** that:

1. Judgment is **ENTERED** in favor of Plaintiff Jennifer Diawara, and against the United States in the amount of $147.70.

2. Judgment is **ENTERED** in favor of Plaintiff Jennifer Diawara as parent and natural guardian of Rylan Diawara in the amount of $933.93.

3. Judgment is **ENTERED** in favor of Plaintiff Jennifer Diawara as parent and natural guardian of Jayden Diawara in the amount of $642.75.

**BY THE COURT:**

s/Gene E.K. Pratter

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**